## Commonwealth ex rel. Chase, Appellant, *v.* Myers.

Submitted May 23, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Charles R. Chase,* appellant, in propria persona.

*Leslie B. Handler,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

OPINION PER CURIAM, September 27, 1966:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.